**No. 09-9223. Curtiss Breeding, Petitioner v. J. David Donahue, Warden.**

559 U.S. 1042, 130 S. Ct. 2076, 176 L. Ed. 2d 425, 2010 U.S. LEXIS 2848.

March 29, 2010. Petition for writ of certiorari to the Court of Appeals of Kentucky denied.

**No. 09-9228. Stanley Phillips, aka Samuel Phillips, Petitioner v. David DiGuglielmo, Superintendent, State Correctional Institution at Graterford, et al.**

559 U.S. 1043, 130 S. Ct. 2076, 176 L. Ed. 2d 425, 2010 U.S. LEXIS 2756.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9232. Nasser D. Ghelichkhani, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2076, 176 L. Ed. 2d 425, 2010 U.S. LEXIS 2834.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-9234. Gary Williams, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2076, 176 L. Ed. 2d 425, 2010 U.S. LEXIS 2795.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 343 Fed. Appx. 912.

**No. 09-9236. Kevin Lashun Jones, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2076, 176 L. Ed. 2d 425, 2010 U.S. LEXIS 2876.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-9238. Johnny William Lane, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2077, 176 L. Ed. 2d 425, 2010 U.S. LEXIS 2921.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 591 F.3d 921.

**No. 09-9241. Devon Mitchell, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2077, 176 L. Ed. 2d 425, 2010 U.S. LEXIS 2800.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 346 Fed. Appx. 281.

**No. 09-9242. Timothy Mark Parmer, Petitioner v. United States.**

559 U.S. 1043, 130 S. Ct. 2077, 176 L. Ed. 2d 425, 2010 U.S. LEXIS 2890.

March 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 352 Fed. Appx. 854.